**FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000592
25-FEB-2021
08:01 AM
Dkt. 134 OCOR**

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

---o0o---

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
KEONI I. ROSA, JR., Defendant-Appellant

NO. CAAP-18-0000592

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CRIMINAL NO. 1PC141000180)

FEBRUARY 25, 2021

GINOZA, CHIEF JUDGE, LEONARD AND HIRAOKA, JJ.

SECOND ORDER OF CORRECTION
(By: Leonard, J.)

IT IS HEREBY ORDERED that the Opinion of the court, filed on August 31, 2020, is hereby corrected as follows:

At page 21, line 12 from bottom insert the word "the" after the word "in" so that the sentence now reads as follows:

action under the circumstances, as occurred
in the instant case,

The clerk of the court is directed to incorporate the foregoing change in the original opinion and take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, February 25, 2021.

/s/ Katherine G. Leonard
Associate Judge